# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

In re: Ranger Specialty & Supply, LLC     §   Case No. 16-50607
                                                           §
                                                           §
Debtor(s)                                              §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     JOHN W. LUSTER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $90,000.00            Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $313,128.14     Claims Discharged
                                                      Without Payment: N/A

Total Expenses of Administration: $54,499.02

---

     3) Total gross receipts of $ 367,627.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $367,627.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $22,000.00 | $738,795.43 | $299,108.27 | $299,108.27 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 81,054.02 | 54,499.02 | 54,499.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,394.79 | 73,504.21 | 73,504.21 | 14,019.87 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,754,352.27 | 1,628,219.49 | 1,628,219.49 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,783,747.06 | $2,521,573.15 | $2,055,330.99 | $367,627.16 |

4) This case was originally filed under Chapter 7 on May 03, 2016. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/13/2018      By: /s/JOHN W. LUSTER
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Funds turned over by Chapter 7 Trustee in the re | 1290-000 | 63,553.81 |
| Funds turned over to Chapter 7 Trustee in the re | 1290-000 | -63,553.81 |
| Checking Account at Chase Bank, xxxxxx2973 | 1129-000 | 33,736.30 |
| 40' trailer | 1129-000 | 7,500.00 |
| 20' trailer | 1129-000 | 2,300.00 |
| Five 16' trailers | 1129-000 | 8,200.00 |
| A/R 90 days old or less. Face amount = $738206.5 | 1129-000 | 43,894.13 |
| Other inventory or supplies: See inventory list | 1129-000 | 77,907.00 |
| Prepaid Assets | 1229-000 | 4,771.54 |
| Insurance Claim - Leased equipment | 1229-000 | 188,993.33 |
| Distribution from Virgin Oil Company, Inc. | 1229-000 | 324.86 |
| **TOTAL GROSS RECEIPTS** | | **$367,627.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | IBERIABANK | 4210-000 | 22,000.00 | 19,885.52 | 0.00 | 0.00 |
| 38 | JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 644,994.74 | 225,193.10 | 225,193.10 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 66,220.81 | 66,220.81 | 66,220.81 |
| JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 5,978.85 | 5,978.85 | 5,978.85 |
| JPMorgan Chase Bank, N.A. | 4210-000 | N/A | 1,715.51 | 1,715.51 | 1,715.51 |
| **TOTAL SECURED CLAIMS** | | $22,000.00 | $738,795.43 | $299,108.27 | $299,108.27 |

**EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN W. LUSTER | 2100-000 | N/A | 21,631.36 | 21,631.36 | 21,631.36 |
| Trustee Expenses - JOHN W. LUSTER | 2200-000 | N/A | 74.60 | 74.60 | 74.60 |
| Other - Swabin Holdings, LLC | 2990-000 | N/A | 36,555.00 | 10,000.00 | 10,000.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.65 | 35.65 | 35.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 83.26 | 83.26 | 83.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.34 | 27.34 | 27.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 91.12 | 91.12 | 91.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 250.61 | 250.61 | 250.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 401.17 | 401.17 | 401.17 |
| Auctioneer for Trustee Fees (including buyers premiums) - Danny Lawler | 3610-000 | N/A | 14,386.19 | 14,386.19 | 14,386.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 416.14 | 416.14 | 416.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 256.40 | 256.40 | 256.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 143.26 | 143.26 | 143.26 |
| Other - Thomas P. Youngblood | 3410-000 | N/A | 275.00 | 275.00 | 275.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.71 | 77.71 | 77.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 70.72 | 70.72 | 70.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.99 | 84.99 | 84.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 77.14 | 77.14 | 77.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.46 | 74.46 | 74.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 84.62 | 84.62 | 84.62 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 74.24 | 74.24 | 74.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 81.81 | 81.81 | 81.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.58 | 76.58 | 76.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 73.92 | 73.92 | 73.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 82.87 | 82.87 | 82.87 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 55.43 | 55.43 | 55.43 |
| Attorney for Trustee Fees (Trustee Firm) - John W. Luster | 3110-000 | | N/A | 4,656.50 | 4,656.50 | 4,656.50 |
| Attorney for Trustee Expenses (Trustee Firm) - John W. Luster | 3120-000 | | N/A | 696.36 | 696.36 | 696.36 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 53.15 | 53.15 | 53.15 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 49.81 | 49.81 | 49.81 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 56.61 | 56.61 | 56.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $81,054.02 | $54,499.02 | $54,499.02 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Louisiana Department Of Revenue | 5800-000 | 744.06 | 67,904.21 | 67,904.21 | 8,507.34 |
| 17P | Kenneth Romero | 5300-000 | N/A | 5,500.00 | 5,500.00 | 5,500.00 |
| 32P-2 | Internal Revenue Service | 5800-000 | N/A | 100.00 | 100.00 | 12.53 |
| NOTFILED | City of Broussard | 5200-000 | 6,587.50 | N/A | N/A | 0.00 |
| NOTFILED | LaFourche Pariush School Board/Sales & Use Tax Dept. | 5200-000 | 63.23 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,394.79 | $73,504.21 | $73,504.21 | $14,019.87 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Specialty Equipment Sales | 7100-000 | 5,963.60 | 3,873.98 | 3,873.98 | 0.00 |
| 3 | FloQuip, Inc. | 7100-000 | 1,871.00 | 1,587.50 | 1,587.50 | 0.00 |
| 4 | Cardon Sales Company, LLC | 7100-000 | 610.00 | 610.00 | 610.00 | 0.00 |
| 5U | Louisiana Department Of Revenue | 7300-000 | N/A | 17,279.97 | 17,279.97 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | R.A.W. Corporation | 7100-000 | 663.00 | 663.00 | 663.00 | 0.00 |
| 7 | New Orleans Copper, Inc. | 7100-000 | 4,730.00 | 4,730.00 | 4,730.00 | 0.00 |
| 8 | Total Rebuild | 7100-000 | 2,764.92 | 2,164.92 | 2,164.92 | 0.00 |
| 9 | ARC Energy Equipment | 7100-000 | 103,250.00 | 103,250.00 | 103,250.00 | 0.00 |
| 10 | RMC Sales, Inc. | 7100-000 | 4,500.00 | 5,523.29 | 5,523.29 | 0.00 |
| 11 | Cortec, LLC | 7100-000 | 42,796.80 | 42,796.80 | 42,796.80 | 0.00 |
| 12 | Tom Blankenship | 7100-000 | 14,000.00 | 14,000.00 | 14,000.00 | 0.00 |
| 13 | Jory L. Bernard, LLC | 7100-000 | 305,745.00 | 257,880.33 | 257,880.33 | 0.00 |
| 14 | Allendorph Specialties, Inc. | 7100-000 | 15,554.94 | 11,509.28 | 11,509.28 | 0.00 |
| 15 | American Tank Company, Inc. | 7100-000 | 792.00 | 624.00 | 624.00 | 0.00 |
| 16 | Energy Weldfab, Inc. | 7100-000 | 299,535.00 | 299,535.00 | 299,535.00 | 0.00 |
| 17U | Kenneth Romero | 7100-000 | 33,373.92 | 201,500.00 | 201,500.00 | 0.00 |
| 18 | Whitco Supply, LLC | 7100-000 | N/A | 9,721.14 | 9,721.14 | 0.00 |
| 19 | Hornet Services Company, Inc. | 7100-000 | 1,973.00 | 1,973.00 | 1,973.00 | 0.00 |
| 20 | W. W. Grainger | 7100-000 | 6,100.15 | 6,181.82 | 6,181.82 | 0.00 |
| 21 | Kimray Sales & Service | 7100-000 | 9,764.95 | 9,764.95 | 9,764.95 | 0.00 |
| 22 | Lafayette Trim Service, Inc. | 7100-000 | 10,505.00 | 7,850.00 | 7,850.00 | 0.00 |
| 23 | Acadiana Recovery | 7100-000 | 1,162.25 | 1,167.25 | 1,167.25 | 0.00 |
| 24 | Valves & Fittings of Houston, Inc. | 7100-000 | 13,461.94 | 10,456.94 | 10,456.94 | 0.00 |
| 25 | Thibs Trailers, Inc. | 7100-000 | 966.17 | 966.17 | 966.17 | 0.00 |
| 26 | NI Welding Supply, LLC | 7100-000 | N/A | 4,674.29 | 4,674.29 | 0.00 |
| 27 | Zedi US Inc. | 7100-000 | 3,540.23 | 3,540.23 | 3,540.23 | 0.00 |
| 28 | Atradius Trade Credit Insurance Inc | 7100-000 | N/A | 18,423.92 | 18,423.92 | 0.00 |
| 29 | Superior Process Systems | 7100-000 | 7,700.00 | 7,960.00 | 7,960.00 | 0.00 |
| 30 | Traco Production Services, Inc. | 7100-000 | 6,656.47 | 6,656.47 | 6,656.47 | 0.00 |
| 31 | Premiere Rental & Supply, LLC | 7100-000 | 10,744.81 | 8,748.84 | 8,748.84 | 0.00 |
| 32U-2 | Internal Revenue Service | 7300-000 | N/A | 7,120.00 | 7,120.00 | 0.00 |
| 33 | DNOW, L.P. | 7100-000 | 56,605.61 | 56,629.97 | 56,629.97 | 0.00 |
| 34 | Apache Pressure Products | 7100-000 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| 35S-2 | Swabin Holdings, LLC | 7100-000 | N/A | 181,603.00 | 181,603.00 | 0.00 |
| 36 | William H. Allen | 7100-000 | 238,986.28 | 232,878.00 | 232,878.00 | 0.00 |
| 37 | Jennifer Walker | 7100-000 | 1,400.00 | 78,865.00 | 78,865.00 | 0.00 |
| 39 | Pitney Bowes Global Financial Services LLC | 7200-000 | N/A | 1,510.43 | 1,510.43 | 0.00 |
| NOTFILED | Kano Laboratories | 7100-000 | 925.20 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hydraquip | 7100-000 | 425.72 | N/A | N/A | 0.00 |
| NOTFILED | Lafayette Signs, Inc. | 7100-000 | 2,542.34 | N/A | N/A | 0.00 |
| NOTFILED | John H. Carter Co., Inc. | 7100-000 | 470.31 | N/A | N/A | 0.00 |
| NOTFILED | Kelly Pipe Co., LLC | 7100-000 | 39,532.62 | N/A | N/A | 0.00 |
| NOTFILED | J. Ronnie Roy | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | George's Lift Truck | 7100-000 | 753.43 | N/A | N/A | 0.00 |
| NOTFILED | Global Vessel & Tank | 7100-000 | 12,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Coastal Timbers, Inc. | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | Dixie Pipe Sales | 7100-000 | 16,891.61 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 252,437.49 | N/A | N/A | 0.00 |
| NOTFILED | Checkpoint Pump | 7100-000 | 9,774.86 | N/A | N/A | 0.00 |
| NOTFILED | DXP Enterprises, Inc. | 7100-000 | 2,329.81 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 357,576.57 | N/A | N/A | 0.00 |
| NOTFILED | Flow Control Services | 7100-000 | 2,156.00 | N/A | N/A | 0.00 |
| NOTFILED | Edgen Murray Corp | 7100-000 | 22,985.00 | N/A | N/A | 0.00 |
| NOTFILED | Gauge House | 7100-000 | 7,843.57 | N/A | N/A | 0.00 |
| NOTFILED | Machine Specialty & Manuf | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Fuelman | 7100-000 | 883.78 | N/A | N/A | 0.00 |
| NOTFILED | Gas Measurement Services | 7100-000 | 7,702.00 | N/A | N/A | 0.00 |
| NOTFILED | GHX Industrial, LLC | 7100-000 | 4,988.07 | N/A | N/A | 0.00 |
| NOTFILED | Forum Quadrant Valve & Actuator | 7100-000 | 3,018.60 | N/A | N/A | 0.00 |
| NOTFILED | Moody Price | 7100-000 | 6,649.85 | N/A | N/A | 0.00 |
| NOTFILED | The Wellmark Company | 7100-000 | 29,843.30 | N/A | N/A | 0.00 |
| NOTFILED | TNT - New Iberia | 7100-000 | 4,507.56 | N/A | N/A | 0.00 |
| NOTFILED | Surface Equipment Corp. | 7100-000 | 7,170.00 | N/A | N/A | 0.00 |
| NOTFILED | Swann Holdings, LLC c/o Sara T. Zuschlag | 7100-000 | 338,643.21 | N/A | N/A | 0.00 |
| NOTFILED | Todd Pump & Specialty, Inc. | 7100-000 | 594.00 | N/A | N/A | 0.00 |
| NOTFILED | Step-Ko Products, LLC | 7100-000 | 10,006.71 | N/A | N/A | 0.00 |
| NOTFILED | Total Valve & Equipment | 7100-000 | 14,479.55 | N/A | N/A | 0.00 |
| NOTFILED | Total Production Supply, Inc. | 7100-000 | 355.68 | N/A | N/A | 0.00 |
| NOTFILED | Whitco Supply | 7100-000 | 9,721.14 | N/A | N/A | 0.00 |
| NOTFILED | Wholesale Tire Co., Inc. | 7100-000 | 2,113.93 | N/A | N/A | 0.00 |
| NOTFILED | Valveworks, USA | 7100-000 | 2,128.30 | N/A | N/A | 0.00 |
| NOTFILED | Vida Paint & Supply, Inc. | 7100-000 | 2,584.92 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Shannon Hardware | 7100-000 | 5,737.49 | N/A | N/A | 0.00 |
| NOTFILED | Universal Sales & Service, Inc. | 7100-000 | 2,700.64 | N/A | N/A | 0.00 |
| NOTFILED | Setpoint Integrated Solutions | 7100-000 | 4,469.16 | N/A | N/A | 0.00 |
| NOTFILED | Norriseal | 7100-000 | 148,639.11 | N/A | N/A | 0.00 |
| NOTFILED | Oilfield Surplus, LLC | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 30,211.44 | N/A | N/A | 0.00 |
| NOTFILED | Motion Industries, Inc. | 7100-000 | 133.62 | N/A | N/A | 0.00 |
| NOTFILED | Page Wire Rope | 7100-000 | 973.75 | N/A | N/A | 0.00 |
| NOTFILED | McCarty Equipment Co., LTD | 7100-000 | 4,183.98 | N/A | N/A | 0.00 |
| NOTFILED | Ram Repairs | 7100-000 | 4,480.41 | N/A | N/A | 0.00 |
| NOTFILED | Pollution Control Corp. | 7100-000 | 348.30 | N/A | N/A | 0.00 |
| NOTFILED | Rosemount, Inc. | 7100-000 | 2,265.60 | N/A | N/A | 0.00 |
| NOTFILED | Roughneck Supply, Inc. | 7100-000 | 2,804.45 | N/A | N/A | 0.00 |
| NOTFILED | Rick's Transportation Service | 7100-000 | 1,285.00 | N/A | N/A | 0.00 |
| NOTFILED | Robin Instrument | 7100-000 | 2,391.23 | N/A | N/A | 0.00 |
| NOTFILED | Mark Tool & Rubber Company | 7100-000 | 53,708.80 | N/A | N/A | 0.00 |
| NOTFILED | Rawson, Inc. | 7100-000 | 1,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Burner Fire & Controls | 7100-000 | 3,934.00 | N/A | N/A | 0.00 |
| NOTFILED | Central Office Supplies, Inc. | 7100-000 | 2,354.22 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 949.72 | N/A | N/A | 0.00 |
| NOTFILED | B&M Oilfield Supply & Rental | 7100-000 | 21,117.19 | N/A | N/A | 0.00 |
| NOTFILED | Acme Truck Lines, Inc. | 7100-000 | 478.80 | N/A | N/A | 0.00 |
| NOTFILED | Bayou Companies, Inc. c/o Aegion Corporation | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Acadiana Rubber & Gasket | 7100-000 | 501.71 | N/A | N/A | 0.00 |
| NOTFILED | Bill Poole Valves & Controls | 7100-000 | 436.80 | N/A | N/A | 0.00 |
| NOTFILED | Capital Manufacturing | 7100-000 | 17,637.33 | N/A | N/A | 0.00 |
| NOTFILED | Capital Valve & Fitting Co. | 7100-000 | 2,734.15 | N/A | N/A | 0.00 |
| NOTFILED | Cameron Measurement System | 7100-000 | 8,527.20 | N/A | N/A | 0.00 |
| NOTFILED | Acadiana Office Products | 7100-000 | 1,107.87 | N/A | N/A | 0.00 |
| NOTFILED | C & B Pumps and Compressors | 7100-000 | 494.12 | N/A | N/A | 0.00 |
| NOTFILED | Acadiana Coating | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | CCI Pipeline Systems | 7100-000 | 2,262.47 | N/A | N/A | 0.00 |
| NOTFILED | A&B Valve & Piping Systems | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | A-Pro Industries | 7100-000 | 599.54 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $2,754,352.27 | $1,628,219.49 | $1,628,219.49 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-50607  **Trustee:** (380320) JOHN W. LUSTER
**Case Name:** Ranger Specialty & Supply, LLC  **Filed (f) or Converted (c):** 05/03/16 (f)
 **§341(a) Meeting Date:** 08/12/16
**Period Ending:** 09/13/18  **Claims Bar Date:** 09/20/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Chase Bank, xxxxxx2973 | 500.00 | 0.00 | | 33,736.30 | FA |
| 2 | 2012 Dodge pickup, VIN 3C63DRJL8CG211131 | 15,000.00 | 0.00 | | 0.00 | FA |
| 3 | 40' trailer (See Footnote) | 5,000.00 | 7,500.00 | | 7,500.00 | FA |
| 4 | 20' trailer (See Footnote) | 2,500.00 | 2,300.00 | | 2,300.00 | FA |
| 5 | Five 16' trailers (See Footnote) | 2,500.00 | 8,200.00 | | 8,200.00 | FA |
| 6 | 30' trailer | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | A/R 90 days old or less. Face amount = $738206.5 | 738,206.59 | 0.00 | | 43,894.13 | FA |
| 8 | Miscellaneous office equipment | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | Other inventory or supplies: See inventory list (See Footnote) | 660,686.77 | 0.00 | | 77,907.00 | FA |
| 10 | Prepaid Assets (u)<br>  06/30/16 TTE recd funds from BCBSLA (4658.49) 06/10/16 TTE recd funds from City of Broussard (34.81) | 4,771.54 | 4,771.54 | | 4,771.54 | FA |
| 11 | Insurance Claim - Leased equipment (u)<br>  (Claim #5950609 - ProFlow, LLC, Policy No. EIM 3122472010 | 188,993.33 | 188,993.33 | | 188,993.33 | FA |
| 12 | Distribution from Virgin Oil Company, Inc. (u)<br>  (Final distribution, Case No. 09-11899, USBC Eastern District of Louisiana) | 324.86 | 324.86 | | 324.86 | FA |
| 13 | Miscellaneous Machinery | 70,000.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$1,693,483.09** | **$212,089.73** | | **$367,627.16** | **$0.00** |

RE PROP# 3  Sold at auction per c/o #43
RE PROP# 4  Sold at auction per c/o #43
RE PROP# 5  Sold at auction per c/o #43
RE PROP# 9  Sold at auction per c/o #43

**Major Activities Affecting Case Closing:**

 6/27/18 TFR sent to UST for review

 10/19/16 Reviewed file, filing motion to sell assets at public auction - hearing November 15, 2016

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 16-50607 | **Trustee:** (380320) JOHN W. LUSTER | |
| **Case Name:** Ranger Specialty & Supply, LLC | **Filed (f) or Converted (c):** 05/03/16 (f) | |
| | **§341(a) Meeting Date:** 08/12/16 | |
| **Period Ending:** 09/13/18 | **Claims Bar Date:** 09/20/16 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

11/16/16 filed Motion to Pay Funds Derived from Accounts Receivable and Insurance Loss - hearing December 20, 2016
1/17/17 Reviewed file, tax return pending
2/10/17 filed Ex Parte Application to Employ Accountant (Thomas P Youngblood)
4/12/17 Reviewed file, tax return filed
5/8/17 filed Motion for Order Authorizing Louisiana Department of Public Safety and Corrections, Office of Motor Vehicles to Issue Certificates of Title - hearing June 6, 2017
7/18/17 Reviewed file, reviewing claims, issuance of titles pending
10/16/17 Reviewed file
1/15/18 Reviewed file, fee application pending
1/31/18 filed Fee Application for Attorney for Trustee, hearing February 27, 2018
2/13/18 filed Ex Parte Motion to Amend Order re: LA Dept of Public Safety
4/11/18 Reviewed file, objection to claim pending
5/25/18 filed Objection to Claim #35-2, (if) hearing June 26, 2018

**Initial Projected Date Of Final Report (TFR):** January 25, 2018     **Current Projected Date Of Final Report (TFR):** June 27, 2018 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 16-50607 | | **Trustee:** | JOHN W. LUSTER (380320) |
|---|---|---|---|---|
| **Case Name:** | Ranger Specialty & Supply, LLC | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4866 - Checking Account |
| **Taxpayer ID #:** | **-***4102 | | **Blanket Bond:** | $32,290,398.00 (per case limit) |
| **Period Ending:** | 09/13/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/16 | {10} | City of Broussard | Deposits refund | 1229-000 | 34.81 | | 34.81 |
| 06/10/16 | {7} | Walter Oil & Gas Corp | Invoices paid 3/23/16 - 4/8/16 | 1129-000 | 12,721.29 | | 12,756.10 |
| 06/10/16 | {7} | Marquee Corporation | A/R from Marquee Corporation | 1129-000 | 292.67 | | 13,048.77 |
| 06/15/16 | {7} | Action Oilfield Services, Inc. | A/R from Action Oilfield | 1129-000 | 618.85 | | 13,667.62 |
| 06/16/16 | {10} | DS Waters | Deposit refund | 1229-000 | 8.20 | | 13,675.82 |
| 06/16/16 | {7} | Production Rental & Supply, LLC | A/R payment | 1129-000 | 28.00 | | 13,703.82 |
| 06/16/16 | {7} | C&D Wireline LLC | A/R payment | 1129-000 | 70.53 | | 13,774.35 |
| 06/16/16 | {7} | C&D Wireline LLC | A/R payment | 1129-000 | 142.14 | | 13,916.49 |
| 06/16/16 | {7} | Safety Testing Services, LLC | A/R payment | 1129-000 | 2,127.88 | | 16,044.37 |
| 06/16/16 | {1} | Debtor | Bank funds | 1129-000 | 33,736.30 | | 49,780.67 |
| 06/27/16 | {7} | Fairways Energy Resources, LLC | Payment from A/R debtor | 1129-000 | 3,000.00 | | 52,780.67 |
| 06/30/16 | {7} | Walter Oil & Gas Corp | Invoices paid 4/12/16 - 4/15/16 | 1129-000 | 2,611.37 | | 55,392.04 |
| 06/30/16 | {10} | BlueCross BlueShield of Louisiana | Refund of premium for Group Policy, period 03/01/16. | 1229-000 | 4,658.49 | | 60,050.53 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.65 | 60,014.88 |
| 07/27/16 | {7} | Fairways Energy Resources, LLC | Payment from A/R debtor | 1129-000 | 1,000.00 | | 61,014.88 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 83.26 | 60,931.62 |
| 08/01/16 | {7} | TRACO Production Services | Payment from A/R debtor | 1129-000 | 650.00 | | 61,581.62 |
| 08/10/16 | {10} | Herc Rentals | Refund of overpayment or duplicate payment | 1229-000 | 70.04 | | 61,651.66 |
| 08/10/16 | {7} | Fairways Energy Resources, LLC | Payment from A/R debtor | 1129-000 | 1,902.15 | | 63,553.81 |
| 08/15/16 | 101 | John W. Luster, Trustee | Funds turned over to Chapter 7 Trustee in the reassigned case. | 1290-000 | -63,553.81 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 118.91 | 118.91 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 118.91 | 118.91 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$118.91** | **$118.91** | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-50607  
**Case Name:** Ranger Specialty & Supply, LLC  

**Taxpayer ID #:** **-***4102  
**Period Ending:** 09/13/18  

**Trustee:** JOHN W. LUSTER (380320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $32,290,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/19/16 | | Elizabeth G. Andrus | Funds turned over by Chapter 7 Trustee in the reassigned case. | 1290-000 | 63,553.81 | | 63,553.81 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.34 | 63,526.47 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.12 | 63,435.35 |
| 10/10/16 | {11} | York Risk Services Group, Inc. Client Escrow Account | Loss - Leased equipment; Claim #5950609 - ProFlow, LLC, Policy No. EIM 3122472-10 | 1229-000 | 188,993.33 | | 252,428.68 |
| 10/31/16 | {7} | PetroQuest Energy, LLC | A/R - Invoice numbers 35444, 35465, 35501, 35537, 35609, 35622, 35628 and 35632 | 1129-000 | 11,034.89 | | 263,463.57 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.61 | 263,212.96 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 401.17 | 262,811.79 |
| 12/13/16 | {7} | C & D Wireline, LLC | A/R - Invoice number 035635 | 1129-000 | 70.53 | | 262,882.32 |
| 12/13/16 | {7} | Safety Testing Services, LLC | A/R - Invoice number 035592 | 1129-000 | 376.25 | | 263,258.57 |
| 12/13/16 | {7} | Safety Testing Services, LLC | A/R - Invoice numbers 035574, 035584, 035587, 035619, 035620 | 1129-000 | 5,155.82 | | 268,414.39 |
| 12/15/16 | {7} | Safety Testing Services, LLC | A/R - Invoice number 035591 | 1129-000 | 376.25 | | 268,790.64 |
| 12/20/16 | | Danny Lawler Enterprises, LLC | Auction Proceeds per c/o #43 | | 48,000.00 | | 316,790.64 |
| | {3} | | Sold at auction per c/o #43    7,500.00 | 1129-000 | | | 316,790.64 |
| | {4} | | Sold at auction per c/o #43    2,300.00 | 1129-000 | | | 316,790.64 |
| | {5} | | Sold at auction per c/o #43    8,200.00 | 1129-000 | | | 316,790.64 |
| | {9} | | Sold at auction per c/o #43   30,000.00 | 1129-000 | | | 316,790.64 |
| 12/20/16 | {9} | Danny Lawler Enterprises, LLC | Auction Proceeds per c/o #43 | 1129-000 | 47,907.00 | | 364,697.64 |
| 12/21/16 | 101 | JPMorgan Chase Bank, N.A. | Payment of accounts receivable & insurance proceeds per c/o #47 | 4210-000 | | 225,193.10 | 139,504.54 |
| 12/21/16 | 102 | Danny Lawler | Payment of auctioneer 's fees per c/o #43 | 3610-000 | | 14,386.19 | 125,118.35 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 416.14 | 124,702.21 |
| 01/05/17 | {12} | Virgin Oil Company Inc. Plan Trust | Final Distribution in Virgin Oil Company, Inc., Case #09-11899, USBC, Eastern District of Louisiana. | 1229-000 | 324.86 | | 125,027.07 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.40 | 124,770.67 |
| 02/07/17 | 103 | JPMorgan Chase Bank, N.A. | Payment of auction proceeds per c/o #43 | 4210-000 | | 66,220.81 | 58,549.86 |
| 02/07/17 | 104 | JPMorgan Chase Bank, N.A. | Payment of accounts receivable per c/o #47 | 4210-000 | | 5,978.85 | 52,571.01 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.26 | 52,427.75 |
| 03/09/17 | 105 | Thomas P. Youngblood | Payment of accountant's fees per c/o #55 | 3410-000 | | 275.00 | 52,152.75 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.71 | 52,075.04 |

Subtotals :     $365,792.74     $313,717.70

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 16-50607 | **Trustee:** | JOHN W. LUSTER (380320) |
| **Case Name:** Ranger Specialty & Supply, LLC | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******7466 - Checking Account |
| **Taxpayer ID #:** **-***4102 | **Blanket Bond:** | $32,290,398.00 (per case limit) |
| **Period Ending:** 09/13/18 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/17 | {7} | Energy XXI Gulf Coast, Inc. | Accounts receivable from Energy XXI Ltd, et al, Case No. 16-31928, Chapter 11 (Invoice #035534-FS, 035598-FS, 35611-FS, 35623-FS) | 1129-000 | 1,715.51 | | 53,790.55 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.72 | 53,719.83 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.99 | 53,634.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.14 | 53,557.70 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.46 | 53,483.24 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.62 | 53,398.62 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.24 | 53,324.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.81 | 53,242.57 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.58 | 53,165.99 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.92 | 53,092.07 |
| 01/18/18 | 106 | Swabin Holdings, LLC | Payment of administrative expense claim per c/o #44 | 2990-000 | | 10,000.00 | 43,092.07 |
| 01/18/18 | 107 | JPMorgan Chase Bank, N.A. | Payment of accounts receivable per c/o #47 | 4210-000 | | 1,715.51 | 41,376.56 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.87 | 41,293.69 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.43 | 41,238.26 |
| 03/02/18 | 108 | John W. Luster | Payment of attorney for trustee fees and expenses per c/o #68 | | | 5,352.86 | 35,885.40 |
| | | | Payment of attorney for trustee fees per c/o #68    4,656.50 | 3110-000 | | | 35,885.40 |
| | | | Payment of attorney for trustee expenses per c/o #68    696.36 | 3120-000 | | | 35,885.40 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.15 | 35,832.25 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.81 | 35,782.44 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.61 | 35,725.83 |
| 08/06/18 | 109 | JOHN W. LUSTER | Dividend paid 100.00% on $21,631.36, Trustee Compensation; Reference: | 2100-000 | | 21,631.36 | 14,094.47 |
| 08/06/18 | 110 | JOHN W. LUSTER | Dividend paid 100.00% on $74.60, Trustee Expenses; Reference: | 2200-000 | | 74.60 | 14,019.87 |
| 08/06/18 | 111 | Kenneth Romero | Dividend paid 100.00% on $5,500.00; Claim# 17P; Filed: $5,500.00; Reference: | 5300-000 | | 5,500.00 | 8,519.87 |
| 08/06/18 | 112 | Louisiana Department Of Revenue | Dividend paid 12.52% on $67,904.21; Claim# 5P; Filed: $67,904.21; Reference: 2651 | 5800-000 | | 8,507.34 | 12.53 |
| 08/06/18 | 113 | Internal Revenue Service | Dividend paid 12.52% on $100.00; Claim# 32P-2; Filed: $100.00; Reference: | 5800-000 | | 12.53 | 0.00 |

Subtotals :         $1,715.51         $53,790.55

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 16-50607  
**Case Name:** Ranger Specialty & Supply, LLC

**Taxpayer ID #:** **-***4102  
**Period Ending:** 09/13/18

**Trustee:** JOHN W. LUSTER (380320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7466 - Checking Account  
**Blanket Bond:** $32,290,398.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | XX-XXX4102 | | | | |
| | | | ACCOUNT TOTALS | | 367,508.25 | 367,508.25 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 367,508.25 | 367,508.25 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$367,508.25** | **$367,508.25** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4866** | 118.91 | 118.91 | 0.00 |
| **Checking # ******7466** | 367,508.25 | 367,508.25 | 0.00 |
| | $367,627.16 | $367,627.16 | $0.00 |

{} Asset reference(s)